IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DONTE LEE THOMAS,<br>MARY D. DAY, | : <br> : <br> : | CIVIL ACTION NO.: 5:10-CV-27 (HL) |
| Plaintiffs | : <br> : | |
| VS. | : <br> : | |
| GEORGIA BUREAU OF<br>INVESTIGATIONS, STATE OF<br>GEORGIA PROBATION AND PAROLE<br>SERVICES, ROCHELLE HOWIE,<br>EUGENE PAULK, JOHN DOE, | : <br> : <br> : <br> : <br> : <br> : | **ORDER** |
| Defendants | : <br> : | |

Plaintiffs Donte Lee Thomas and Mary D. Day have filed a joint *pro se* complaint under 42 U.S.C. § 1983, challenging the December 31, 2009 search and confiscation of personal property contained in their residence located at 302 Florida Ave., Willacoochee, Georgia. Both plaintiffs challenge their arrests for possession of cocaine and subsequent probation holds that were placed on each of them by the Coffee and/or Atkinson County Probation Offices. Both plaintiffs have signed a sheet attached to the 42 U.S.C. § 1983 complaint and Donte Lee Thomas has submitted a request to proceed *in forma pauperis*.

The Prison Litigation Reform Act of 1995 (the "PLRA") requires that a prisoner bringing a civil action *in forma pauperis* pay the full filing fee. 28 U.S.C. § 1915(b). The Eleventh Circuit Court of Appeals has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single lawsuit. Each prisoner is required to file his own lawsuit and pay the full amount of the filing fee. **Hubbard v. Haley**, 262 F.3d 1194 (11th Cir. 2001). Prisoners may not join claims and thus pro-rate a single filing fee. As the Eleventh Circuit in **Hubbard** noted, requiring each plaintiff to pay the full filing fee is consistent with Congress's purpose of imposing costs on prisoners to deter frivolous suits. *Id.* at 1197-98.

Applying this principle to the case at hand, plaintiffs are not allowed to proceed *in forma pauperis* and this case is **DISMISSED WITHOUT PREJUDICE.** Plaintiffs will be allowed to re-file their complaints separately, if they so choose.

Plaintiffs should note that if they decide to re-file their separate complaints, it appears that the appropriate venue is in the Southern District of Georgia, not the Middle District. The search, arrests, and alleged confiscation of personal property occurred in Willacoochee (Atkinson County), Georgia, which is located in the Southern District of Georgia. Moreover, the Coffee County and Atkinson County Probation Offices and the employees of such offices are located in the Southern District of Georgia. If plaintiffs sue defendants who reside in the Southern District and continue to complain about events that occurred in the Southern District, they need to file their separate complaints in the United States District Court for the Southern District of Georgia.

**SO ORDERED**, this 20th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb